UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| HOUSE OF BRYANT PUBLICATIONS, LLC<br>*Plaintiff,*<br>v.<br><br>CITY OF LAKE CITY, TENNESSEE; ROCKY TOP TENNESSEE MARKETING AND MANUFACTURING CO.; TIM ISBEL; BRAD CORIELL; MARK SMITH; MICHAEL LOVELY; and CARL "BUDDY" WARREN,<br>*Defendants.* | ) | Civil No.: 3:14-cv-00093<br>District Judge: Thomas Varian |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

Comes the "Developer Defendants," Rocky Top Tennessee Marketing and Manufacturing Co. Tim Isbel, Brad Coriell, Mark Smith and Michael Lovely and respectfully move the Court for leave to file the attached supplemental response referencing arguments made by Plaintiff at the hearing October 6, 2014 and an unreported case cited by them. As grounds herefore, these Defendants would say that less than 5 days have elapsed since the referenced hearing and the Defendants have located a reported case that is contrary to the unreported case cited by the Plaintiff. Attached hereto is a copy of the proposed supplemental response.

Wherefore, these Defendants pray for leave and for permission to file the attached supplement to their Response filed September 30, 2014 and to the arguments made at the hearing conducted on October 6, 2014

Respectfully submitted,

/s/ Raymond E. Scott
RAYMOND E. SCOTT
234 Tecumseh Way
Loudon, TN 37774
(865) 458-6616
Warner, Norcross & Judd LLP

/s/ C. Mark Troutman
C. MARK TROUTMAN, BPR No. 11712
TROUTMAN & TROUTMAN, PC
124 Independence Lane
P.O. Box 757
LaFollette, TN 37766
(423) 566-6001
Attorneys for these Defendants

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

John F. Triggs
Ryan D. Levy
Waddey & Patterson, PC
Roundabout Plaza, Suite 500
1600 Division Street
Nashville, Tenn. 37203

Emily C. Taylor
Nathan D. Rowell
Watson, Roach, Batson, Rowell
& Lauderback, PLC
P.O. Box 131
Knoxville, TN 37901

C. Mark Warren
Attorney for Carl "Buddy" Warren

736 Georgia Avenue-Suite 600
Chattanooga, TN 37402

Dated this 9th day of October, 2014.

By: /s/ C. Mark Troutman
C. Mark Troutman