IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| HOUSE OF BRYANT PUBLICATIONS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CITY OF LAKE CITY, TENNESSEE; | ) | No. 3:14-cv-93 |
| ROCKY TOP TENNESSEE MARKETING | ) | (VARLAN/GUYTON) |
| AND MANUFACTURING CO.; TIM ISBEL; | ) | |
| BRAD CORIELL; MARK SMITH; | ) | |
| MICHAEL LOVELY; and | ) | |
| CARL "BUDDY" WARREN, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO SUBSTITUTE AND AMEND PLEADINGS WITH PROPER NAME OF DEFENDANT

The Defendant, City of Lake City, Tennessee (now officially known as Rocky Top, Tennessee), does hereby appear, by counsel, and respectfully moves this Court for an Order to substitute as Defendant, City of Rocky Top, Tennessee, in the place of City of Lake City, Tennessee, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and would state as follows:

On April 3, 2014, the State of Tennessee enacted Private Chapter No. 58, House Bill No. 1469 to allow the charter of the City of Lake City to be amended by changing the designation of the City to "Rocky Top." On June 26, 2014, the City of Lake City Board of Mayor and Council provided Notice to the Secretary of State of its ratification of Private Chapter No. 58, House Bill No. 1469. (See Exhibit 1 attached hereto). The City of Rocky Top, Tennessee is now the proper name of this Defendant.

WHEREFORE, Defendant respectfully moves this Court to grant Defendant's Motion to substitute the proper name of Defendant, City of Rocky Top, Tennessee, in the place of City of Lake City, Tennessee in all future pleadings and filings made with this Court.

RESPECTFULLY submitted this 17th day of April, 2015.

        CITY OF LAKE CITY, TENNESSEE
        (Now officially known as Rocky Top, Tennessee)

        By: /s/Nathan D. Rowell, BPR No. 017545
            NATHAN D. ROWELL, BPR NO. 017545
            Attorney for Defendant
            WATSON, ROACH, BATSON,
            ROWELL & LAUDERBACK, P.L.C.
            Attorneys at Law
            P.O. Box 131
            Knoxville, Tennessee 37901-0131
            (865) 637-1700

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

| | |
|---|---|
| John F. Triggs<br>Ryan D. Levy<br>PATTERSON INTELLECTUAL<br>PROPERTY LAW, P.C.<br>Roundabout Plaza, Suite 500<br>51600 Division Street<br>Nashville, Tennessee 37203 | C. Mark Troutman<br>TROUTMAN & TROUTMAN, PC<br>124 Independence Lane<br>P.O. Box 757<br>LaFollette, Tennessee 37766 |
| Mark S. Graham<br>THE GRAHAM LAW FIRM, PLLC<br>507 S. Gay Street, Suite 1230<br>Knoxville, Tennessee 37902 | Raymond E. Scott<br>WARNER, NORCROSS & JUDD, LLP<br>234 Tecumseh Way<br>Loudon, TN 37774 |
| C. Mark Warren<br>WARREN & GRIFFIN, P.C.<br>136 Georgia Avenue – Suite 600<br>Chattanooga, Tennessee 37402 | Robert E. Pitts<br>Jacob G. Horton<br>Raymond E. Stephens<br>Andrew C. Lake<br>PITTS & LAKE, P.C.<br>P.O. Box 51295<br>Knoxville, Tennessee 37950-1295 |

      Dated this 17th day of April, 2015.

      /s/Nathan D. Rowell, BPR No. 017545
      NATHAN D. ROWELL, BPR NO. 017545
      Attorney for Defendant
      WATSON, ROACH, BATSON,
      ROWELL & LAUDERBACK, P.L.C.
      Attorneys at Law
      P.O. Box 131
      Knoxville, Tennessee 37901-0131
      (865) 637-1700

3

Case 3:14-cv-00093-TAV-HBG   Document 81   Filed 04/17/15   Page 3 of 3   PageID #: 1391