**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| HOUSE OF BRYANT PUBLICATIONS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:14-cv-93 |
| v. | ) | |
| CITY OF LAKE CITY , TENNESSEE; ROCKY TOP TENNESSEE MARKETING AND MANUFACTURING CO.; TIM ISBEL; BRAD CORIELL; MARK SMITH; MICHAEL LOVELY; and CARL "BUDDY" WARREN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff House of Bryant's Motion for Leave to File a Supplemental Complaint [Doc. 80]. Therein, Plaintiff moves this Court for leave to file a supplemental complaint due to additional infringing activity of Rocky Top Tennessee Marketing and Manufacturing Co., its principals, and the City of Lake City since filing of the Complaint in 2014.

Federal Rule of Civil Procedure, 15(d) states, "On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." See, Fed. R. Civ. P. Rule 15(d).

The Court finds that no party has responded in opposition to this Motion, and the time for doing so has expired, see E.D. Tenn. L.R. 7.1. Additionally, the Court finds that the motion is

supported by good cause, see Fed. R. Civ. P. 15, and it complies with the Rules of this Court, see E.D. Tenn. L.R. 15.1.

Based on lack of opposition and for good cause shown, the Plaintiff's Motion for Leave to File a Supplemental Complaint **[Doc. 80]** is well-taken and is **GRANTED**. The Plaintiff **SHALL FILE** its Supplemental Complaint as its operative pleading in CM/ECF on or before **April 28, 2015**.

**IT IS SO ORDERED.**

ENTER:

Bruce Guyton
United States Magistrate Judge