UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| HOUSE OF BRYANT PUBLICATIONS, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>ROCKY TOP TENNESSEE MARKETING AND MANUFACTURING CO.; TIM ISBEL; BRAD CORIELL; MARK SMITH; MICHAEL LOVELY<br><br>    Defendants. | U.S. District Court No. 3:14-cv-93<br>(Varlan/Guyton) |

### NOTICE OF APPEAL FROM ORDER OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE TO THE SIXTH CIRCUIT COURT OF APPEALS

Please take notice that Defendants Rocky Top Tennessee Marketing And Manufacturing Co., Tim Isbel, Brad Corielle, Mark Smith, and Michael Lovely, by and through the undersigned counsel, hereby appeal to the United Sates Court of Appeals for the Sixth Circuit from the Preliminary Injunction Order, Docket No. 83, entered by the Court on April 24, 2015.

Respectfully submitted this 13th day of May 2015.

s/Mark S. Graham
Mark S. Graham, TN Bar No.011505
THE GRAHAM LAW FIRM, PLLC
507 S. Gay Street, Suite 1230
Knoxville, TN 37902
Phone: (865) 633-0331
Fax: (865) 633-0332
mgraham@graham-iplaw.com

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 13th day of May 2015, a copy of the foregoing Notice of Appeal From a Judgment of the United States District Court Eastern District Of Tennessee to the Sixth Circuit Court of Appeals was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                              s/Mark S. Graham
                                                                Mark S. Graham