FEDERAL MEDIATION PROGRAM
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

MEDIATOR'S REPORT TO THE COURT

Mediator: Miles J. Alexander
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Case Name & Number: 3:14-cv-00093 (District Judge Thomas Varlan; Magistrate Judge Bruce Guyton)
House of Bryant Publications, LLC v. City of Rocky Top, Tennessee; Rocky Top Tennessee Marketing and Manufacturing Co.; Tim Isbel; Brad Coriell; Mark Smith; and Michael Lovely

Local Rule 16.4(m) requires that mediators file this report with the clerk within five (5) days of each mediation conference. Please answer the questions set out below and file this form electronically in CM/ECF using the Report of Mediation event (located under "ADR Documents"). If you are not a CM/ECF User, please file the form in the clerk's office in the division in which the case is pending. If multiple mediation conferences occur, file a form after each conference within five (5) of the conference.

1. Did all parties, party representatives and/or claims professionals meet the attendance authority to negotiate requirements of L.R. 16.4(1)?

   Yes*

2. Did the case settle?

   Yes**

3. Is mediation to be conducted at a later date?

   No

4. Was mediation terminated without settlement?

   No

_____
Signature of Certified Mediator

Date: December 9, 2015

*Mr. Coriell was not present at the mediation, but was represented by counsel, and has agreed to be bound by the terms of the settlement.

**The parties are committed to convert the written bullet point settlement agreements in principle, signed on December 7, 2015, into formal comprehensive written executed settlement agreements no later than January 7, 2016. With respect to the City of Rocky Top, the City Council must formally vote to approve the terms of its settlement agreement.