| | | |
|---|---|---|
| HOUSE OF BRYANT PUBLICATIONS, LLC, | ) | |
| *Plaintiff* | ) | |
| | ) | |
| V. | ) | No.: 314-cv-93 |
| | ) | (Varlan/Guyton) |
| CITY OF LAKE CITY, TENNESSEE, | ) | |
| ROCKY TOP TENNESSEE MARKETING | ) | |
| AND MANUFACTURING CO.; TIM ISBEL; | ) | |
| BRAD CORIEL; MARK SMITH | ) | |
| MICHAEL LOVELY, and CARL | ) | |
| "BUDDY" WARREN | ) | |
| *Defendants* | ) | |

## MOTION FOR LEAVE TO WITHDRAW

Comes, C. Mark Troutman, an attorney for the Defendants Rocky Top Tennessee Marketing and Manufacturing Co., Tim Isbel, Brad Coriel, Mark Smith and Michael Lovely in the above cause, and pursuant to Tenn. Sup. Ct. R. 9, §28.7 and respectfully requests that he be allowed to withdraw as these defendants' attorney of record. Mark S. Graham remains attorney of record for these Defendants. Movant has notified both Mr. Graham and the individual Defendants of this request more than 14 days ago and again by letter dated December 31, 2015.

Wherefore, C. Mark Troutman prays for an Order allowing him to withdraw as attorney of record for these Defendants in the above cause.

Respectfully submitted this 7th day of January, 2016.

/s/ C. Mark Troutman
C. MARK TROUTMAN, BPR No. 11712

1

Troutman & Troutman, PC
124 Independence Lane
LaFollette, TN 37766
Attorney for these Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following via electronic mail as follows:

John F. Triggs
Ryan D. Levy
Roundabout Plaza
1600 Division Street, Suite 500
Nashville, TN 37203

Emily Taylor
Nathan D. Rowell
Watson, Roach, Batson, Rowell & Lauderback, PLC
900 S. Gay Street, Suite 1500
P.O. Box 131
Knoxville, Tennessee 37901

Mark S. Graham, Esq.
The Graham Law Firm, PLLC
P.O. Box 2269
Knoxville, TN 37901
Telephone: (865) 633-0331

This 7th day of January, 2016.

/s/ C. Mark Troutman
C. MARK TROUTMAN, BPR No. 11712