# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| HOUSE OF BRYANT PUBLICATIONS, LLC )<br>    *Plaintiff*, )<br> )<br>v. )<br> )<br>CITY OF ROCKY TOP, TENNESSEE; )<br>ROCKY TOP TENNESSEE MARKETING )<br>AND MANUFACTURING CO.; TIM ISBEL; )<br>BRAD CORIELL; MARK SMITH; and )<br>MICHAEL LOVELY, )<br>    *Defendants*. )<br> )<br> ) | Civil No.: 3:14-cv-00093<br>**District Judge Thomas Varlan**<br>**Magistrate Judge Bruce Guyton** |

## NOTICE OF SETTLEMENT PROCESS

Plaintiff House of Bryant Publications, LLC ("House of Bryant") provides this notice to the Court as the Mediator's Report to the Court (Docket No. 112) previously indicated that a formal comprehensive written agreement would be executed by January 7, 2016. House of Bryant and Rocky Top, Tennessee ("Rocky Top") have executed a formal settlement agreement and will be providing the court with the necessary papers to dismiss the action between House of Bryant and Rocky Top very soon.

House of Bryant provided a draft formal agreement to the Developer Defendants on December 11, 2015, four days after the mediation. Preliminary edits were received from one of the Developer Defendants' attorneys. We will provide edits as soon as we can meet with the client who has had recent surgery. However, House of Bryant did not receive comments or edits from

1

the Developer Defendants' lead attorney until the afternoon of January 6, 2016.  Multiple emails sent to the Developer Defendants' lead counsel went unanswered.  House of Bryant's counsel has since been told the Developer Defendants' lead counsel's office had sent edits to the draft agreements to the Developer Defendant's other attorney but an attachment was left off the email.

House of Bryant remains confident a final settlement agreement with the Developer Defendants can be achieved though more time will be required.  Both House of Bryant and its counsel have significant commitments over the next few days but will meet as soon as possible and then send further edits to the settlement agreement to the Developer Defendants immediately thereafter.

Respectfully submitted on January 7, 2016.

<u>/s/ Ryan D. Levy</u>
John F. Triggs (BPR # 026718)
Ryan D. Levy (BPR # 024568)
Scott M. Douglass (BPR # 031097)
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
T: (615) 242-2400/F: (615) 242-2221
jft@iplawgroup.com
rdl@iplawgroup.com
smd@iplawgroup.com

*Attorneys for Plaintiff House of Bryant Publications, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2016, the foregoing NOTICE OF SETTLEMENT PROCESS was served on the following counsel of record via the Court's CM/ECF system:

Nathan Rowell
Emily Taylor
Brian Bibb
Watson, Roach, Batson, Rowell &
Lauderback PLC
1500 Riverview Tower
900 South Gay Street
P.O. Box 131
Knoxville, TN 37901-0131
T: 865-637-1700
F: 865-525-2514
nrowell@watsonroach.com
etaylor@watsonroach.com
bbibb@watsonroach.com

Raymond Scott
Warner, Norcross & Judd LLP
234 Tecumseh Way
Loudon, TN 37774
T: 865-458-6616
scottpatent234@gmail.com

Mark Troutman
Troutman & Troutman
P.O. Box 757
Lafollette, TN 37766
T: 423-566-6001
F: 423-566-4004
cmtroutman@troutmanlaw.net

Mark Graham
The Graham Law Firm, PLLC
507 South Gay Street, Suite 1230
Knoxville, TN 37902
T: 865-633-0331
F: 865-633-0332
mgraham@graham-iplaw.com

/s/ Ryan D. Levy
Ryan D. Levy